TDCJ Offender Details            79,927-05            Page 1 of 2

**★ TEXAS DEPARTMENT OF CRIMINAL JUSTICE**  **TDCJ Home**     **New Offender Search**

# Offender Information Details

[ Return to Search list ]

| | |
|---|---|
| **SID Number:** | 06441561 |
| **TDCJ Number:** | 01073478 |
| **Name:** | DAVIS,SAMUEL |
| **Race:** | B |
| **Gender:** | M |
| **DOB:** | 1979-01-22 |
| **Maximum Sentence Date:** | 2050-11-07 |
| **Current Facility:** | CONNALLY |
| **Projected Release Date:** | 2050-11-07 |
| **Parole Eligibility Date:** | 2025-11-07 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days.* ***Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.***

SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

## Parole Review Information

**Offense History:**

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 2000-10-26 | AGG KIDNAPPING | 2001-08-17 | HARRIS | 866459 | 50-00-00 |
| 2000-10-26 | AGG ROBBERY | 2001-08-17 | HARRIS | 866458 | 50-00-00 |